Floyd DeL. Brown, Respondent, *v.* The Chaminade Velours, Inc., et al., Appellants.

Charles J. Amm, Appellant, *v.* United States Fidelity & Guaranty Company, Respondent, and Floyd DeL. Brown, Impleaded Respondent.

Submitted January 5, 1943; decided February 25, 1943.

*Benjamin Heffner* and *Philip Stanley Abrahams* for appellants.

*George Heitler* and *George R. Coughlan* for respondents.

Order affirmed, with costs. First question certified answered in the negative. Other questions certified not answered. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.